UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM,<br><br>        Plaintiff,<br>  v.<br><br>STE. MICHELLE WINE ESTATES LTD,<br><br>        Defendant. | CASE NO. C18-0694-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant's response to the Complaint (Dkt. No. 12). The motion is GRANTED. The deadline for Defendant to respond to the Complaint is extended to July 9, 2018.

DATED this 8th day of June 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk